```
BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
MY-LINH HUANG
Certified Law Clerk
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JENNI C. CABALLERO<br><br>         Defendant(s). | CASE NO. 1:09-CR-00415-DLB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorney(s) of record, that the status hearing currently set for May 27, 2010, may be continued to **July 8, 2010**, at **10:00 a.m.** in Courtroom 9, before the Honorable Dennis L. Beck. This request is being made because the parties are attempting to resolve the matter prior to setting a trial date. Additional time is necessary as the government is processing documents for review by the parties, including, but not limited to, defendant's personnel file. The documents are quite voluminous and additional time is needed to review the additional, supplemental discovery and for further negotiations between the parties.

1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, and have stipulated that excludable time started on November 5, 2009 and will stop on the status conference date of July 8, 2010.

Dated: May 21, 2010                        Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney


                                    By : /s/ Laurel J. Montoya
                                         LAUREL J. MONTOYA
                                         Assistant U.S. Attorney

                                    AND

                                    By : /s/ Carol Ann Moses
                                         CAROL ANN MOSES
                                         Attorney for Defendant
                                         Jenni Caballero


IT IS SO ORDERED.

**Dated:   May 24, 2010**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE