```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 1:09-cr-00415-DLB
                                 )
12              Plaintiff,       )  STIPULATION TO CONTINUE TRIAL
                                 )  DATE AND [PROPOSED] ORDER
13  v.                           )  THEREON
                                 )
14  JENNI C. CABALLERO           )
                                 )
15              Defendant(s).    )
                                 )
16  _____)
```

17       IT IS HEREBY STIPULATED by and between the parties hereto,
18  through their respective attorney(s) of record, that the jury trial
19  currently set for November 8, 2010, may be continued to **February 8,**
20  **2011,** at **9:00 a.m.** in Courtroom 9, before the Honorable Dennis L.
21  Beck, Magistrate Judge of the United States District Court.
22       This request is being made because the parties are attempting to
23  resolve the matter prior to trial and due to conflicting schedules.
24  Additional time is needed by the parties to discuss the offers and
25  for further negotiation.
26  / / /
27  / / /
28  / / /

1

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, and have stipulated that excludable time started on September 9, 2010, and will stop on the trial date of February 8, 2011.

Dated: October 27, 2009                Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney


                              By : /s/ Brian W. Enos
                                   BRIAN W. ENOS
                                   Assistant U.S. Attorney

                              AND


                              By : /s/ Carol Ann Moses
                                   CAROL ANN MOSES
                                   Attorney for Defendant
                                   JENNI C. CABALLERO


**O R D E R**

IT IS SO ORDERED.   Time is excluded in the interest of justice.

   IT IS SO ORDERED.

   **Dated:   November 3, 2010**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

2